In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00028-CV

_____

IN RE VAUGHT INVESTMENTS, LTD. AND C.V. AND S.V. INVESTMENTS, LTD.

Original Proceeding
County Court at Law No. 2 of Montgomery County, Texas
Trial Cause No. 16-02-01345

MEMORANDUM OPINION

The relators, Vaught Investments, Ltd. and C.V. and S.V. Investments, Ltd., filed a motion to dismiss this original proceeding. The motion is granted, and we dismiss this original proceeding without reference to the merits and without prejudice.

PETITION DISMISSED.

PER CURIAM

1

Submitted on January 30, 2018
Opinion Delivered March 1, 2018

Before McKeithen, C.J., Kreger and Horton, JJ.